# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. 17-240 |
| v. | : | |
| | : | (JUDGE MANNION) |
| JEFFREY OLSON | : | |
| Defendant | : | |
| | : | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendant Jeffrey Olson's motion to withdraw his guilty plea (Doc. 61) is **DENIED**.

**(2)** The defendant Jeffrey Olson's *pro-se* motion to withdraw his guilty plea (Doc. 41) is **DISMISSED AS MOOT**.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 30, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CRIMINAL MEMORANDA\2017 CRIMINAL MEMORANDA\17-240-01.DOCX