# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY OLSON, | : |
| Petitioner | : CRIMINAL ACTION NO. 3:17-240 |
| v. | : (JUDGE MANNION) |
| UNITED STATES OF AMERICA, | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Olson's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, **(Doc. 133)**, is **DENIED**.

2. Olson is not entitled to an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 18, 2021**
17-240-03-ORDER